**In the matter of Jameson Luke THOTTAM, Debtor**

---

**Peter Thottam, JPL Trust, Appellants**

v.

**Jameson Luke Thottam, Appellee.**

No. 13–20154
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Oct. 24, 2013.

Peter Thottam, Los Angeles, CA, pro se.

Peter Thottam, Los Angeles, CA, for Appellant.

Margaret Maxwell McClure, Houston, TX, Appellee.

Before HIGGINBOTHAM, DENNIS, and GRAVES, Circuit Judges.

PER CURIAM: *

The district court affirmed the bankruptcy court's order of dismissal. Reviewing the bankruptcy court's findings of fact for clear error and conclusions of law *de novo*,[1] we AFFIRM essentially for the reasons given by the district court in its Order.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

1. *See In re SI Restructuring Inc.,* 714 F.3d 860, 863 (5th Cir.2013).